

**GEORGETOWN LAW**
**APPELLATE COURTS IMMERSION CLINIC**

Director
Brian Wolfman
Staff Attorneys
Natasha Khan
Becca Steinberg

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-661-6746
Fax: 202-662-9634

October 3, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    **No. 25-1291, *Miles v. Bowers***
               **Rule 28(j) letter**

Dear Ms. Dubrovsky:

    I write on behalf of appellant Arthur Miles to bring to the Court's attention a decision issued after the filing of Miles's reply. In *Baker v. Rosalez*, 2025 WL 2299373, at *1 (W.D. Tex. Aug. 8, 2025), a district court found that a prisoner was entitled to earn credits, notwithstanding BOP's delay in administering a risk and needs assessment. The court explained that "prisoners should not have to wait several months to start earning any credits based solely 'on BOP's misunderstanding of when [they were] eligible to start earning credits.'" *Id.* (citation omitted).

                            Sincerely,

                            Becca Steinberg
                            (202) 662-9549

                            Counsel for appellant

Word count: 137 words