# United States Court of Appeals
## For the First Circuit

No. 25-1291

ARTHUR MILES,

Petitioner, Appellant,

v.

WARDEN FREDDIE BOWERS,

Respondent, Appellee.

**JUDGMENT**

Entered: April 27, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Arthur Miles' petition for habeas relief is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Brian Wolfman, Becca Steinberg, Arthur Miles, Donald Campbell Lockhart, Leah Belaire Foley, Abraham R. George, Michael L. Fitzgerald